STUART BARASCH
California Bar #74108
925 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
Tel. (305) 673-8366
Fax (213) 621-2536
email: sblawoffice@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | 1:06cv01782 OWW NEW (DLB)<br><br>ORDER GRANTING<br>EXTENSION OF TIME |

　　　Pending before the court is Plaintiff's Stipulation for Extension of Time.  IT IS HEREBY ORDERED that said motion is GRANTED.  Plaintiff has until November 3, 2007, to file her opening brief.

　　　IT IS SO ORDERED.

　　　Dated:   **August 30, 2007**　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1