1  STUART BARASCH
   California Bar #74108
2  925 - 41st Street, Suite 102
   Miami Beach, FL 33140-3337
3  Tel. (305) 673-8366
   Fax (213) 621-2536
4  email: sblawoffice@aol.com

5  Attorney for Plaintiff

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  GABRIEL RODRIGUEZ,                    | 1:06-CV-01782 OWW GSA

12              Plaintiff,

13      v.                                | ORDER

14  MICHAEL J. ASTRUE,
    Commissioner of Social Security,
15

16              Defendant.

17

18      Pending before the court is Plaintiff's Stipulation for Extension of Time.  IT IS

19  HEREBY ORDERED that said motion is GRANTED.  Plaintiff has until December 3, 2007, to file

20  his Opening Brief.

21

22      IT IS SO ORDERED.

23      Dated:   **October 29, 2007**            _____/s/ Gary S. Austin_____
                                                 UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28                                        1