IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RODRIGUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | Case No. 1:06-cv-01782 OWW-GSA<br><br>ORDER REGARDING DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME<br><br>(Document 23) |

On December 21, 2007, Defendant, through his attorney, moved this Court for an Order granting defendant an additional 30 days, to and including January 29, 2008, within which to file his response to Plaintiff's Opening Brief. Defendant explains that the extension is sought on the ground that the workload of his legal counsel is extremely heavy due to staffing shortages. Defendant also indicates that he met and conferred with Plaintiff's counsel's office by telephone, and was advised they do not oppose the motion.

As the motion for an extension of time is unopposed and good cause appearing, Defendant's First Motion for Extension of Time

(Unopposed) is hereby GRANTED.  Defendant has until January 29, 2008, to file his response to Plaintiff's Opening Brief.

    IT IS SO ORDERED.

**Dated:   December 27, 2007**               **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE