McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JAIME L. PRECIADO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8980
Fax: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RODRIGUEZ, ) | Case No. 1:06-CV-01782 GSA |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of 30 days to respond to Plaintiff's motion for summary judgment due to the illness of the assigned attorney.  The current due date is January 29, 2008.  The new due date will be February 28, 2008.

///
///
///
///

Stip & Order Re Ext of D's Time                                    Page 1

1  The parties further stipulate that the Court's Scheduling
2 Order shall be modified accordingly.
3
4                              Respectfully submitted,
5
6 Dated: January 29, 2008      /s/ *Stuart Barasch*
                               (As authorized via telephone)
7                              STUART BARASCH
                               Attorney for Plaintiff
8
  Dated: January 29, 2008      McGREGOR W. SCOTT
9                              United States Attorney
                               LUCILLE GONZALES MEIS
10                             Regional Chief Counsel, Region IX
                               Social Security Administration
11
12                             /s/ *Mark A. Win*
                               for JAIME L. PRECIADO
13                             Special Assistant U.S. Attorney
14
15     IT IS SO ORDERED.
16     **Dated:   January 30, 2008**              **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE
17