IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GABRIEL RODRIGUEZ, | ) | 1:06-cv-01782 GSA |
| Plaintiff, | ) ) | ORDER REGARDING MOTION FOR EXTENSION OF TIME |
| vs. | ) ) ) | (Document 28) |
| MICHAEL J. ASTRUE, Commissioner, | ) ) | |
| Defendant. | ) ) | |

On February 28, 2008, Defendant filed a motion and proposed order to extend time for filing his response to Plaintiff's opening brief to March 14, 2008. Defendant explains that the extension is sought on the grounds that the workload of his legal counsel is extremely heavy due to staffing shortages and that his counsel is scheduled for a hearing in early March, which cannot be delayed and which requires extensive preparation. Defendant represents that he met and conferred with Plaintiff's counsel's office by telephone, and was advised it does not oppose the motion. As the motion for an extension of time is unopposed and good cause appearing, Defendant's motion is GRANTED.

This is Defendant's third request for an extension of time to file his response to Plaintiff's opening brief. **Further requests will not be granted absent a showing of good cause.**

IT IS SO ORDERED.

1

Dated:    February 28, 2008             /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE